ALFRED C. COTY, Respondent, v. JOHN J. McKEOWN and Another, Appellants. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALPHONSE MENDOLA, Appellant, v. WILLIAM C. STALLKNECHT, Sheriff of the County of Monroe, State of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of FRANCIS M. McKINLEY, an Attorney and Counselor at Law.— Order of disbarment entered upon filing certified copy of judgment of Jefferson County Court, convicting respondent of the crime of grand larceny in the first degree. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of EDMUND L. RYAN, an Attorney and Counselor at Law.— Order of disbarment modified so as to provide for a suspension of the respondent from the date of the order of disbarment to the present time. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of BERT HOLT for the Removal from Office of BENNETT PUTNAM, DAVID TUCKER and JOHN BURCH, as Justices of the Peace of the Town of South Valley, Cattaraugus County — Petition dismissed, without costs, with leave to renew on the ground that the papers fail to show cause for removal as that word is contemplated by section 17 of article 6 of the Constitution of the State of New York. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.